IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| DAVID WALSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:06-cv-1099 |
| | ) | |
| METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY, | ) | Judge Nixon |
| | ) | Magistrate Judge Brown |
| GEORGIA-PACIFIC CORPORATION | ) | |
| LIFE CHOICES PLUS BENEFITS | ) | |
| PROGRAM, LONG-TERM DISABILITY | ) | |
| PLAN, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GEORGIA-PACIFIC CORP., | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER GRANTING
## JOINT MOTION FOR ENTRY OF AGREED ORDER HOLDING PLAINTIFF'S RENEWED MOTION FOR ATTORNEYS' FEES IN ABEYANCE

Upon the joint motion by the Parties, and for good cause shown, it is ORDERED that Plaintiff's Renewed Motion for Attorneys' Fees shall be held in abeyance pending the decision of the United States Supreme Court in the case of *Hardt v. Reliance Standard Life Insurance Co.*, 336 Fed.Appx. 332, 2009 WL 2038759 (C.A. 4 (Va.)) (*cert. granted,* 130 S.Ct. 1133 (Jan. 15, 2010)).

It is further ordered that once *Hardt* is decided, the parties will notify the Court of that decision, and thereafter each party shall have fourteen (14) days from the date of notification of

the *Hardt* decision to submit an additional brief on the issue of attorneys' fees in light of the *Hardt* decision. No further briefs shall be allowed absent leave of court.

IT IS SO ORDERED.

_____
JUDGE

APPROVED FOR ENTRY:

s/ Joel T. Galanter
Joel T. Galanter (#017990)
Emily Campbell Taube (#019323)
Adams and Reese LLP
424 Church Street, Suite 2800
Nashville, Tennessee 37219
(615) 259-1450
joel.galanter@arlaw.com
emily.taube@arlaw.com
*Attorneys for Defendants*

s/ R. Scott Wilson
Eric L. Buchanan (#018568)
R. Scott Wilson (#019661)
D. Seth Holliday (#023136)
414 McCallie Avenue
Chattanooga, TN 37402
*Attorneys for Plaintiff*